**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



**ENTERED**
**11/17/2011**

In Re: Eduardo J. Escobar and Heidi L. Dietrich
      Debtor

Case No.: 11−34491

Chapter: 13

### ORDER TO RESET CONFIRMATION

The hearing on confirmation of the Debtor's plan is continued until **12/15/11** at **09:30 AM**.

Signed and Entered on Docket: 11/17/11

_____
LETITIA Z. PAUL
United States Bankruptcy Judge